**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
Hon. Lynn Adelman, presiding
**COURT MINUTES**

| | |
|---|---|
| Date: 11/20/20 | Dep. Clerk: JD |
| Case No. 18-CR-16, 19-CR-68 | Ct. Rep: Tom |
| United States v. Habib, et. al. | Time Called: 11:52 |
| Proceeding: status (tel.) | Time Concl: 11:56 |

United States by: Gail Hoffman
Probation Officer:
Interpreter:
Defendants: Sydney Malkin by Rick Coad, Jonah Dusi by Jacob Manion, Fredric Birault by Brian Fahl, Scott Jungwirth by John Schiro, Nahom Hagos by Michael Hart, Mohammed Omar by Brian Kinstler, Lachelle Cook by Tom Harris, Alae Arbi by Leah Thomas, Corianne Markowski by Dennis Coffey, Jason Malkin by Tom Erickson, Lev Reys by Mark Richards, Seth Jacobs by Howard Cheris, Josef Habib by Robin Shellow

_____
Court sets case for JT on 5/10/21 @ 8:30, FPT on 4/12/21 @ 11:15, and makes speedy trial finding.